COPY

OKeefe & Associates Law Corp., P.C.
Sean A. OKeefe, State Bar 122417
660 Newport Ctr. Dr., Suite 400
Newport Beach, CA 92660
Tel: 949.720.4165
Fax: 949.720.4111

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON LOWRY and ERICA ECHOLS LOWRY, Plaintiffs<br>v.<br>TRUE COLORS INTERNATIONAL, INC., a Nevada corporation; TRUE COLORS, INC., a California corporation, IAIN SAUL, MITCHELL MONDO, DOUGLAS MONDO, GREGORY MYERS and CANDICE CAMPBELL<br>Defendants | CASE NUMBER<br>CV08-02120 RGK (SSx)<br><br>**SUMMONS** |

FOR OFFICE USE ONLY

FOR OFFICE USE ONLY

TO: DEFENDANT(S): ____________________

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Sean A. OKeefe, whose address is 660 Newport Center Dr., Ste. 400, Newport Beach, CA 92660. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR 18 2008

By: ROLLS ROYCE PASCHAL
Deputy Clerk

*(Seal of the Court)* 1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*